THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LEE ARTHUR FRICKS, Defendant-Appellant.

(No. 72-384;

Second District—March 12, 1974.

934

Opinion by Mr. JUSTICE SEIDENFELD.

Ralph Ruebner, Deputy Defender, of Elgin (Adam Lutynski, Assistant Appellate Defender, of counsel), for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz and Martin Moltz, of Model District State's Attorneys Office, of counsel), for the People.